# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-01747-LJO-SMS-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO PROVIDE INFORMATION SUFFICIENT FOR UNITED STATES MARSHAL TO SERVE DEFENDANTS DOE 3 AND DOE 4 |
| v. | |
| VASQUEZ, et al., | |
| Defendants. | THIRTY DAY DEADLINE TO RESPOND |

Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 16, 2008, the court issued an order finding that plaintiff's complaint states a cognizable claim for relief under section 1983 only against defendants Doe 3 and Doe 4 for excessive force under the Eighth Amendment. (Doc. 12.) On July 15, 2008, plaintiff filed written notice to the court that he does not wish to file an amended complaint and wishes to proceed only against defendants Doe 3 and Doe 4 on the excessive force claim. (Doc. 18.) At this juncture, the court is prepared to issue an order directing the United States Marshal to serve process on defendants. However, for service to be successful, the Marshal must be able to identify and locate defendants. In this action, the defendants are presently identified solely as Doe 3 and Doe 4. Before the court will issue the service order, plaintiff must provide full names and current addresses for Doe 3 and Doe 4. If plaintiff is unable to provide full names, he must provide alternate information –

such as partial named, titles, gender, work assignments, work schedules, etc. – sufficient for the Marshal or the California Department of Corrections to identify Doe 3 and Doe 4 for service. If plaintiff is unable to provide current addresses for defendants, he must at least provide last-known addresses and any other available information to enable the Marshal to locate the defendants. Plaintiff is cautioned that service cannot go forward unless he provides enough information, and unsuccessful service may result in plaintiff's complaint being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, plaintiff shall send a written response to the court, providing the full names and current addresses of defendants Doe 3 and Doe 4 for purposes of service in this action;

2. If plaintiff is unable to provide full names and current addresses, he must supply sufficient alternate information, such as partial names, titles, work assignments, work schedules, last known addresses, or other similar information to enable the United States Marshal to identify and locate Doe 3 and Doe 4 for service of process in this action; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 4, 2008**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE