IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-01747-LJO-SMS-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY DEFENDANTS DOE 3 AND DOE 4, AND ALL REMAINING CLAIMS AND DEFENDANTS BE DISMISSED |
| vs. | |
| VASQUEZ, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 28, 2007. (Doc. 1.) The complaint names as defendants Dr. Vazquez, Doe 1 (R.N.), Doe 2 (MTA), 7-9 additional Does (B-1 115 ASU Officials), and the Department of Corrections, and alleges claims for adverse conditions of confinement, excessive force, and inadequate medical care under the Eighth Amendment; and violations of his rights to Due Process.

On April 16, 2008, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it stated a cognizable claim for relief under section 1983 against defendants Doe 3 and Doe 4 only, for excessive force in violation of the Eighth Amendment. (Doc. 12.)  Plaintiff was given leave to either file an amended complaint, or in the alternative, to notify the court that he is willing to proceed only against defendants Doe 3 and Doe 4 on the excessive force claim. Id. On July 15, 2008, plaintiff

1

filed written notice to the court stating that he does not wish to file an amended complaint but wishes to proceed only against defendants Doe 3 and Doe 4 on the Eighth Amendment excessive force claim. (Doc. 18.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Doe 3 and Doe 4 for excessive force in violation of the Eighth Amendment;

2. All remaining claims and defendants be dismissed from this action;

3. Plaintiff's claims against defendants Dr. Vazquez, Doe 1 (R.N.), Doe 2 (MTA), all additional Does (B-1 115 ASU Officials) *except Doe 3 and Doe 4*, and the Department of Corrections be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

4. Plaintiff's claims for adverse conditions of confinement and inadequate medical care under the Eighth Amendment; and violations of his rights to Due Process be dismissed for failure to state a claim upon which relief may be granted under section 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   August 4, 2008**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE