IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-01747-LJO-SMS-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
|   vs. | (Doc. 20.) |
| VASQUEZ, et al., | ORDER FOR CASE TO PROCEED ONLY AGAINST DEFENDANTS DOE 3 AND |
|     Defendants. | DOE 4 FOR EXCESSIVE FORCE |
| | ORDER DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |
| _____/ | |

      Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On August 4, 2008, findings and recommendations were entered, recommending that this action proceed only against defendants Doe 3 and Doe 4, and that all remaining claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 4, 2008, are adopted in full;

2 This action shall proceed only against defendants Doe 3 and Doe 4 for excessive force in violation of the Eighth Amendment;

3. All remaining claims and defendants are dismissed from this action;

4. Plaintiff's claims against defendants Dr. Vazquez, Doe 1 (R.N.), Doe 2 (MTA), all additional Does (B-1 115 ASU Officials) *except Doe 3 and Doe 4*, and the Department of Corrections are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them;

5. Plaintiff's claims for adverse conditions of confinement and inadequate medical care under the Eighth Amendment; and violations of his rights to Due Process are dismissed for failure to state a claim upon which relief may be granted under section 1983; and

6. The Clerk is directed to reflect dismissal of defendants pursuant to this order on the Court's docket.

IT IS SO ORDERED.

**Dated:   September 29, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2