# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:07-cv-01747-LJO-SMS-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| VASQUEZ, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Latwahn McElroy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 28, 2007. (Doc. 1.) On April 16, 2008, the Court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendants Doe 3 and Doe 4 only, for use of excessive physical force in violation of the Eighth Amendment, based on the events that occurred on September 25, 2007. (Doc. 12.) Plaintiff was given leave to either file an amended complaint or notify the court that he is agreeable to proceeding only with the claims found cognizable by the Court. (Docs. 12, 17.) On July 15, 2008, plaintiff filed written notice to the Court that he does not wish to file an amended complaint and wishes to proceed only against defendants Doe 3 and Doe 4 on the Eighth Amendment excessive force claim.[1]

---

[1] On September 30, 2008, the Court issued an order dismissing plaintiff's claims in this action against defendants Dr. Vazquez, Doe 1 (R.N.), Doe 2 (MTA), all additional Does *except Doe 3 and Doe 4*, and the Department of Corrections based on plaintiff's failure to state any claims upon which relief may be granted against them; and dismissing plaintiff's claims for adverse conditions of confinement and inadequate medical care under the Eighth Amendment and plaintiff's claims for violations of his rights to Due Process, for failure to state a claim upon which relief may be granted under section 1983. (Doc. 22.)

1

On August 4, 2008, the Court ordered plaintiff to provide information sufficient to identify defendants Doe 3 and Doe 4 for purposes of service by the United States Marshal. (Doc. 19.) On August 18, 2008, Plaintiff filed a written response identifying defendant Doe 3 as Correctional Officer Staily and defendant Doe 4 as Correctional Officer B. Cope, both employed as B-1 Ad Seg officers at Kern Valley State Prison on September 25, 2007. (Doc. 21.)

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   C/O STAILY

   C/O B. COPE

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 28, 2007 (Doc. 1.).

3. Within **thirty (30) days** from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed November 28, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 5, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE