IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LATWAHN McELROY,**<br><br>          Plaintiff,<br><br>     v.<br><br>**STAILEY, et al.,**<br><br>          Defendants. | 1:07-cv-01747-LJO-SMS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S COMPLAINT**<br><br>(DOCUMENT #27)<br><br>DEADLINE: **March 30, 2009** |

Plaintiff, Latwahn McElroy ("plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 10, 2009, defendants Cope and Stailey ("defendants") filed a motion to extend time to reply to plaintiff's complaint. (Doc. 27.) Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Defendants' request for an extension of time to respond to plaintiff's complaint is granted. Defendants shall have a forty-five day extension of time, **up to and including March 30, 2009**, to file their response to plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   February 12, 2009**             /s/ Sandra M. Snyder
                                                                        UNITED STATES MAGISTRATE JUDGE